# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-952-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | REVOCATION OF SUPERVISED |
| JESUS HEREDIA, | ) | RELEASE AND JUDGMENT |
| Defendant. | ) | |

On June 4, 2012, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on August 2, 2010 and April 26, 2012. Government counsel, Peter Hernandez, the defendant and his retained attorney, Gretchen Von Helms, were present. The U.S. Probation Officer, Helen Zaytseva, was also present.

The defendant admits violation of his supervised release, as stated in the Petitions filed on August 2, 2010 and April 26, 2012. The Court further finds that the defendant is in violation of the terms and conditions of her supervised release imposed on February 15, 2007.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of TIME SERVED. Upon release from imprisonment, defendant shall be placed on supervised release for a term of twelve (12) months, which is

to be served consecutively to the term of imprisonment imposed in the United States District Court, Southern District of California, Docket No. CR10-03085-WQH. Defendant's supervised release shall be under the same terms and conditions previously imposed.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: June 6, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: \_\_\_/S/_____
Catherine M. Jeang, Deputy Clerk